UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GELAZELA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01539-ADA-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO FILE ELECTRONICALLY ON ECF/PACER<br><br>(ECF No. 6) |

Mark Gelazela ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this action.

On December 5, 2022, Plaintiff filed a motion to file electronically on ECF/PACER. (ECF No. 6). Plaintiff states that he lacks the resources to print his filings in this case (he has no printer). Presently, every time Plaintiff has to file something he has to get transportation to go to a local mailing store to print his filings, which drastically slows down his filings and jeopardizes his timeliness. Plaintiff has filed electronically in the past in other cases and is familiar with how the system works and how to file once access is granted. Plaintiff already has access to ECF and login credentials. Plaintiff asks to be given access to file electronically in this case from this date forward.

Given Plaintiff's representations, the Court will grant Plaintiff's motion in part. The Clerk of Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form until Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant for ECF Registration

and Consent to Electronic Service" form and is issued a login and password.  In addition, Plaintiff must provide to the Clerk and must maintain a working email address.

IT IS SO ORDERED.

Dated: **December 7, 2022**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE